```
┌─────────────────────────────────────────────────────────────────────┐
│            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA  │
│               CIVIL DOCKET ENTRIES FOR CASE A91-0339--CV (JKS)      │
│                    "FDIC ET AL V JACK B. BUSTER ET AL"              │
├─────────────────────────────────────────────────────────────────────┤
│            Including terminated parties, excluding terminated counsel│
└─────────────────────────────────────────────────────────────────────┘
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  lmt
             Filed:  07/23/91
            Closed:  07/19/94

      Jurisdiction:
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:  Breach/contract

            Origin:
            Demand:
        Filing fee:
          Trial by:  Court
```

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| PLF 1.1 | [T] | FEDERAL DEPOSIT INSURANCE CORP | No counsel found for this party! |
| PLF 1.2 | | ALASKA SOUTHERN PARTNERS | Calvin R. Jones<br>Jones & Colver<br>1900 W. Benson Blvd, Suite 201<br>Anchorage, AK 99517<br>907-272-6511<br>FAX 907-276-6511 |
| DEF 1.1 | [T] | BUSTER, JACK B. | No counsel found for this party! |
| DEF 2.1 | [T] | PACIFIC RIM TITLE INSURANCE AGENCY INC | No counsel found for this party! |
| DEF 3.1 | [T] | HIGHLANDS TRAILER PARK INC | No counsel found for this party! |
| DEF 4.1 | [T] | WILLIAMS, MITCHELL W. | No counsel found for this party! |
| DEF 5.1 | [T] | BUSTER, ROSIE B. | No counsel found for this party! |
| DEF 6.1 | [T] | KENAI PENINSULA BOROUGH | No counsel found for this party! |
| DEF 7.1 | [T] | KENAI, CITY OF | No counsel found for this party! |
| DEF 8.1 | | REC PARTNERSHIP | Marshall K. Coryell<br>Coryell & Associates<br>4141 B Street, Site 208<br>Anchorage, AK 99503<br>907-277-7679<br>FAX 907-276-0383 |
| DEF 9.1 | | HORIZONS WEST INC | Marshall K. Coryell<br>(see above) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A91-0339--CV (JKS)
"FDIC ET AL V JACK B. BUSTER ET AL"

Including terminated parties, excluding terminated counsel

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 10.1 | | SCORPIO INC | No counsel found for this party! |
| DEF 11.1 | [T] | GREISEN, RONALD E. | No counsel found for this party! |
| DEF 12.1 | [T] | HEAD, HENRY | No counsel found for this party! |
| DEF 13.1 | [T] | THOMAS, HEAD & GREISEN EMPLOYEE TRUST | No counsel found for this party! |

```
┌─────────────────────────────────────────────────────────────────────────┐
│          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA        │
│             CIVIL DOCKET ENTRIES FOR CASE A91-0339--CV (JKS)            │
│                   "FDIC ET AL V JACK B. BUSTER ET AL"                   │
├─────────────────────────────────────────────────────────────────────────┤
│                            For all filing dates                         │
└─────────────────────────────────────────────────────────────────────────┘
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  lmt
             Filed:  07/23/91
            Closed:  07/19/94

       Jurisdiction:
      PLF Diversity:
      DEF Diversity:

     Nature of Suit:  Breach/contract

             Origin:
             Demand:
         Filing fee:
           Trial by:  Court
```

| Document # | Filed | Docket text |
|---|---|---|
| 85 - 1 | 10/26/94 | Stipulation for dismissal of remaining parties. |
| 85 - 2 | 10/31/94 | JKS Order granting stip re: dismissal of action. cc cnsl MJ Roberts |